IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JERRY LEWIS HOWARD,<br><br>Petitioner,<br><br>v.<br><br>TARMARSHE SMITH, Warden,[1]<br><br>Respondent. | CIVIL ACTION NO.: 4:21-cv-7 |

**O R D E R**

After a careful, *de novo* review of the entire record, the Court concurs with the Magistrate Judge's December 14, 2021 Report and Recommendation, (doc. 9). Petitioner did not file objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DENIES AS MOOT** Petitioner's motion for leave to proceed IFP, (doc. 3), and **DISMISSES** Petitioner's 28 U.S.C. § 2254 Petition as untimely. Petitioner is also not entitled to a Certificate of Appealability, rendering moot any request for *in forma pauperis* status on appeal. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 18th day of January, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The proper Respondent is the current Warden at Macon State Prison, Petitioner's place of confinement. See Rule 2(a) of the Rules Governing § 2254 Cases. According to the Georgia Department of Corrections website, Tarmarshe Smith is the acting Warden of WSP. See www.dcor.state.ga.us. Therefore, pursuant to Fed. R. Civ. P. 25(d), the Court **DIRECTS** the **CLERK** to update the docket consistent with this Order.